

P26653/E.Rivera

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

**MEMORANDUM**

07 CRIM. 779

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, Senior United States Probation Officer |
| **RE:** | Michael West |
| **DATE:** | August 15, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On April 22, 2005, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In July 2007, we received the Prob. 22's endorsed by the Honorable A. Richard Caputo, U.S. District Court Judge, ordering Mr. West's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

DOCUMENT
ELECTRONICALLY FILED

APR 2 2 2007

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer